1

2

3

4          UNITED STATES DISTRICT COURT

5          EASTERN DISTRICT OF WASHINGTON

6  UNITED STATES OF AMERICA,                 No.    2: 08-CR-0150-WFN-1
                                                    2: 10-CR-2001-WFN-1
7                          Plaintiff,               2: 11-CR-0160-WFN-1
                                                    2: 11-CR-0191-WFN-1
8        -vs-                                       2: 11-CR-2127-WFN-1
                                                    2: 12-CR-0127-WFN-1
9  DARTANYAN JUEL TURNER,
   MARCELINO RIOS-CALVA,
10 JAYCE LEON PIRTLE,
   BRANDON BERNELL BLANCHE,                  ORDER ON PENDING
11 MARTIN ANTHONY WHITE, and                 § 2255 MOTION
   MICHAEL PHILLIP BUTLER,
12
                           Defendants.
13

14

15        Pending before the Court is the Government's Motion to Stay Petition Under 18

16 U.S.C. § 2255 in Defendant Pirtle's case.  ECF No. 74.  Each of the above captioned

17 Defendants has asked the Court to retroactively apply *Johnson* to the residual clause in the

18 United States Sentencing Guidelines.  Each asks that the Court apply *Johnson* retroactively

19 to the Guidelines, invalidate the residual clause in USSG § 4B1.2(a)(2) and to resentence

20 the Defendant without regard to the residual clause.  On June 27, 2016, the Supreme Court

21 granted certiorari in *Beckles v. United States,* No. 15-8444, to decide two questions

22 pertinent to these above-captioned cases: (1) whether the holding of *Johnson v. United*

23 *States,* 135 S. Ct. 2551 (2015), applies to the residual clause of the career offender

24 guideline, USSG § 4B1.2(a)(2); and (2) if so, whether *Johnson's* invalidation of the

25 residual clause of the career offender guideline applies retroactively on collateral review.

26 Each of the above-named cases asserts that the answer to each of the questions presented

27 to the Supreme Court is "yes."  Rather than guess what the Supreme Court's decision will

28 be, the Court stays each of the pending § 2255 motions until a decision is made by the

ORDER - 1

1    Supreme Court.  Though there is only a Motion to Stay in Pirtle, the Court *sua sponte*

2    stays the remaining cases due to the similarity of the issues.  Accordingly,

3           **IT IS ORDERED** that:

4           1.  The Government's Motion to Stay Petition Under 28 U.S.C. § 2255,

5    **2:11-CR-0160 ECF No. 70,** is **GRANTED.**

6           2.  Each of the above-captioned cases is **STAYED** pending a decision in *Beckles v.*

7    *United States,* No. 15-8444.

8           3.  All pending hearings and deadlines for all the above-captioned cases are

9    **VACATED**.

10           4.  Once the Supreme Court issues a decision in *Beckles,* the Court will set hearings

11    for oral argument on the pending motions, if appropriate.

12           The District Court Executive is directed to file this Order and provide copies to

13    counsel.

14           **DATED** this 27th day of July, 2016.

15

16                      s/ Wm. Fremming Nielsen

17                     WM. FREMMING NIELSEN

07-26-16         SENIOR UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2